IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RAUL MORENO MEZA,<br>Petitioner,<br>v.<br>RUBEN LEYVA, et al.,<br>Respondents. | ORDER DISMISSING PETITION AS MOOT<br><br>Case 2:26-cv-640-TS<br><br>District Judge Ted Stewart |

This matter came before the Court on Petitioner Raul Moreno Meza's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Petitioner asserts that on July 7, 2026, ICE agents forcibly entered his home without a valid search warrant, injured his minor son, and took Petitioner into custody. The Petition sought, among other things, that Petitioner be given a bond hearing with an immigration judge as provided in 8 U.S.C. § 1226(a). Since the time the Petition was filed, Petitioner was given the requisite bond hearing and released from custody. As such, Petitioner agrees his Petition is now moot and requests dismissal.

It is therefore

ORDERED that the Petition for Writ of Habeas Corpus (Docket No. 1) be DISMISSED AS MOOT.

DATED this 18th day of August, 2026

BY THE COURT:

Ted Stewart
United States District Judge