AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

RAUL MORENO MEZA,

Petitioner,

v.

RUBEN LEYVA, et al.,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-640

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus filed by Petitioner is DISMISSED AS MOOT.

August 18, 2026

*Date*

BY THE COURT:

Ted Stewart
United States District Judge